UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ELIZABETH INIGUEZ AND JOSEFINA INIGUEZ,<br><br>            Plaintiffs,<br>    vs.<br><br>MERCANTILE ADJUSTMENT BUREAU, LLC,<br><br>            Defendant. | Case No.: CV 13-3819 NC<br><br>[PROPOSED] ORDER GRANTING STIPULATION TO DISMISS ENTIRE ACTION WITH PREJUDICE |

Based on the Stipulation to Dismiss Entire Action with Prejudice by Plaintiffs Elizabeth Iniguez and Josefina Iniguez and Defendant Mercantile Adjustment Bureau, LLC, the above-captioned action is hereby dismissed in its entirety with prejudice.

**IT IS SO ORDERED.**

Dated: _____
    HON. NATHANIEL COUSINS
    UNITED STATES MAGISTRAGE JUDGE